UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JLD PROPERTIES OF ST. ALBANS, LLC )<br>   Plaintiff                              )<br>                                         )<br>          v.                              )<br>                                 )<br>PATRIOT INSURANCE COMPANY, )<br>   Defendant                )  | Case No. 2:20-CV-00134 |

**DEFENDANT, PATRIOT INSRUANCE COMPANY'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The Defendant, Patriot Insurance Company, hereby moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Complaint, with prejudice, on the grounds that Plaintiff failed to state a claim upon which relief can be granted because:

1) The Complaint is time-barred pursuant to the two-year Suit Against Us limitation provision contained in the subject insurance policy; and

2) Plaintiff cannot bring Count II because there is no private right of civil action under 8 V.S.A. §§ 4723, 4724.

In further supports of this Motion, Defendant relies on the attached Memorandum of Law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7(a)(6), Defendant respectfully requests oral argument on this Motion.

Respectfully submitted,
Defendant,
Patriot Insurance Company
By its attorneys,

*/s/ John E. Brady*

_____

John E. Brady, Esq.
Brady and Donahue Attorneys at Law
56 Main Street, Suite 303 – PO Box 39
Springfield, VT 05156
(802) 885-2001
jbrady@bradydonahue.com

DATED: October 16, 2020

## **CERTIFICATE OF SERVICE**

I, John E. Brady, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        */s/   John E. Brady*
                                        John E. Brady