# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| JLD Properties of St. Albans, LLC | ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No. 2:20-cv-134 |
| Patriot Insurance Company | ) ) ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 39) filed December 17, 2021, Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 33) is GRANTED. This case is DISMISSED.

Date:  December 17, 2021

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   12/17/2021

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Kristin Pratico*
*Signature of Clerk or Deputy Clerk*